**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

v.                                          **Case No. 6:16-cr-60024**

**TYRONE HARRIS**                                                                **DEFENDANT**

**O R D E R**

     **BEFORE** the Court is the June 8, 2020 arrest of Defendant **TYRONE HARRIS**. On May 6, 2020, an arrest warrant (ECF No. 51) was issued for Defendant as a result of a Petition to Revoke his Supervised Release (ECF No. 50). Defendant was arrested by the United States Marshal after being released from confinement in the Garland County, Arkansas, detention facility (GCDF) on June 8, 2020. The United States Probation Office (USPO) attempted to contact Defendant through officials with the GCDF. The USPO was informed by officers at the GCDF that Defendant was no longer taking his prescribed mental health medication, was not acting in a rational manner and was likely unable to proceed with any sort of court appearance.

     The Court emailed Defendant's prior counsel Mr. Morse Gist and informed Mr. Gist he would likely be reappointed to represent Defendant. Mr. Gist, by telephone, discussed the issue of Defendant's ability to understand the proceedings against him with the undersigned on the evening of June 8, 2020. The Government through Assistant United States Attorney Bryan Achorn was aware of Defendant's status and informed the Court by email that the Government would have no objection to Defendant receiving mental health treatment prior to any court appearance, provided such treatment was in a "lockdown" facility.

Accordingly, **IT IS ORDERED**, based on the information available to the Court at the present time, Mr. Morse Gist is appointed to represent Defendant in this matter. Mr. Gist is directed as soon as possible, and in no event later than June 10, 2020, to either (1) file a motion seeking a mental health evaluation and treatment for Defendant or (2) notify the Court of Defendant's ability to attend a court proceeding.

The Court will determine at a later date Defendant's eligibility to continue to receive the assistance of appointed Counsel.

**SIGNED** this **9th day of June 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE